Alan J. Kessel (Cal. Bar No.: 130707)
Keli N. Osaki (Cal. Bar No.: 179920)
Sandeep J. Shah (Cal. Bar No.: 210449)
**BUCHALTER, NEMER, FIELDS & YOUNGER**
A Professional Corporation
18400 Von Karman Avenue, Suite 800
Irvine, California 92612-0514
Telephone: (949) 760-1121
Facsimile: (949) 720-0182
E-mail: sshah@buchalter.com

Attorneys for Plaintiff DIRECTV, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION   *E-FILED - 6/7/05*

| | |
|---|---|
| DIRECTV, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ED RODRIGUEZ,<br><br>Defendant. | Case No. CV-04-3616 RMW<br><br>Hon. Ronald M. Whyte<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL OF DEFENDANT ED RODRIGUEZ AND REQUEST TO RETAIN JURISDICTION; [PROPOSED] ORDER THEREON** |

IT IS HEREBY STIPULATED by and between Plaintiff DIRECTV, Inc. ("DIRECTV") and Defendant ED RODRIGUEZ, through their respective counsel of record, that the above-captioned action be and hereby is dismissed without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1), as to Defendant ED RODRIGUEZ.  Each of said parties to bear its/his own costs and attorney's fees.

The terms of the Confidential Settlement Agreement dated March 16, 2005 ("Agreement") entered into between the Defendant and DIRECTV require installment payments from Defendant, the last of which is not due to be received until March 2006.  If the Defendant does not make any payment under the Agreement when due, DIRECTV is authorized to seek the entry of a Judgment in this action against Defendant pursuant to a Stipulation for Entry of Judgment ("Stipulation") executed by the parties concurrently with the Agreement.  The parties therefore have consented, and hereby further stipulate and consent to, the retention of jurisdiction

JUN-03-2005  Case 5:04-cv-03616-RMW   Document 17   Filed 06/07/05   Page 2 of 3    P.02

1 over them by this Court and to reference to a Magistrate Judge in this District for the purpose of
2 enforcing the payment terms of the Agreement, including entering a Judgment against Defendant
3 pursuant to the Stipulation. The parties therefore respectfully request that the Court retain such
4 jurisdiction.

5 DATED: June 3, 2005

Respectfully Submitted,

BUCHALTER, NEMER, FIELDS & YOUNGER
A Professional Corporation

By: _____
Sandeep J. Shah
Attorneys for Plaintiff DIRECTV, Inc.

11 DATED: June 3, 2005

By: _____
Ed Rodriguez
Defendant *Pro Se*

16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28

BNFY 552153v1                                    -2-                          (CV-04-3616 RMW)
STIPULATION FOR VOLUNTARY DISMISSAL OF DEFENDANT ED RODRIGUEZ AND REQUEST TO
RETAIN JURISDICTION; [PROPOSED] ORDER THEREON

## ORDER

HAVING READ AND CONSIDERED the forgoing Stipulation for Voluntary Dismissal of Defendant ED RODRIGUEZ and Request to Retain Jurisdiction, and such other pleadings, documents and records deemed appropriate by the Court, and good cause appearing therefore, IT IS HEREBY ORDERED:

(1) Defendant ED RODRIGUEZ is hereby dismissed from this action without prejudice;

(2) Each of said parties to bear its/his own costs and attorney's fees; and

(3) The Court shall retain jurisdiction over DIRECTV and Defendant ED RODRIGUEZ to enforce the terms described above of the Settlement Agreement between those parties dated March 16, 2005 and hereby refers any further proceedings in this action to enforce such terms of the Settlement Agreement to a Magistrate Judge of this District.

Dated: 6/7/05

/S/ RONALD M. WHYTE
Honorable Ronald M. Whyte
Judge of the United States District Court
Northern District of California

BNFY 552153v1 -3- (CV-04-3616 RMW)
STIPULATION FOR VOLUNTARY DISMISSAL OF DEFENDANT ED RODRIGUEZ AND REQUEST TO RETAIN JURISDICTION; [PROPOSED] ORDER THEREON